UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REPUBLIC FRANKLIN INSURANCE COMPANY,
Plaintiff,

v.

MISS HALL'S SCHOOL, INC. AND JEANNIE NORRIS,
Defendants.

Civil Action No. 3:25-cv-30042-KAR

**MOTION TO STAY**
**PENDING OUTCOME OF UNDERLYING LITIGATION**

Now come defendants Miss Hall's School, Inc. ("MHS") and Jeannie Norris and respectfully move that the Court stay this matter pending the outcome of parallel litigation in the Massachusetts Superior Court (No. 2476CV00161). A proposed order staying this matter and requiring regular status reports regarding the parallel litigation is attached hereto as EXHIBIT A. As grounds therefore, MHS and Ms. Norris state:

1) Plaintiff Republic Franklin Insurance Company ("Republic Franklin") issued an insurance policy to MHS, a boarding and day school for girls in grades 9–12. Republic Franklin brought this declaratory judgment action seeking a declaration that it has no duty to indemnify MHS or its former Head of School, Ms. Norris, in connection with a civil suit in the Massachusetts Superior Court brought by Melissa Fares, a former MHS student (the "Underlying Litigation"). The Underlying Litigation involves allegations that a former MHS teacher sexually abused Ms. Fares.

2) On September 30, 2025, Republic Franklin filed a motion seeking leave of court to file a third amended complaint adding Ms. Fares as a defendant in this case. That motion is pending.

3) Undersigned counsel has conferenced this motion to stay with counsel for Republic Franklin and counsel for Ms. Fares.

   a. Counsel for Republic Franklin has indicated that Republic Franklin will not object to a stay, but asks that the Court first rule on the pending motion to amend.

   b. Counsel for Ms. Fares has indicated that while Ms. Fares has not yet been added as a party to this matter and cannot take a formal position, if Ms. Fares is added as a party she will likely support the entry of a stay.

4) For the reasons detailed in the accompany Memorandum of Law, a stay pending the outcome of the parallel state court litigation is appropriate.

MISS HALL'S SCHOOL, INC and
JEANNIE NORRIS

By their attorneys,

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger (BBO #654357)
bgoldberger@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
617.621.6536

Dated: October 6, 2025

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for the Plaintiff and the Plaintiff's position is set forth in the body of the motion above.

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger

**CERTIFICATE OF SERVICE**

I, Benjamin A. Goldberger, hereby certify that I filed this document with the Clerk of the United States District Court for the District of Massachusetts on this 6th day of October 2025 by using the CM/ECF system, with service made on counsel for all parties to this action through their registration in the CM/ECF system.

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger