UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>MISS HALL'S SCHOOL, INC. AND JEANNIE NORRIS,<br>Defendants. | Civil Action No. 3:25-cv-30042-KAR |

**[PROPOSED] ORDER ON MOTION TO STAY**

For the reasons set forth in the Defendants' Motion to Stay, it is hereby ORDERED that:

1) This matter is STAYED pending the final disposition of the case captioned *Melissa Fares v. Miss Hall's School, Inc. et al.*, No. 2476CV00161 pending in the Berkshire Superior Court (the "Underlying Litigation") or further order of this Court.

2) The parties shall, within 90 days of the date of this Order and every 90 days thereafter, submit a joint status report updating this Court on the progress of the Underlying Litigation.

DATED: ____________________

______________________________
United States [Magistrate | District] Judge