UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>MISS HALL'S SCHOOL, INC. AND JEANNIE NORRIS,<br>Defendants. | Civil Action No. 3:25-cv-30042-MGM |

**FIRST JOINT STATUS REPORT**

Pursuant to the Court's February 13, 2026, Electronic Order (ECF Dkt. No. 27), the parties to the above-captioned action hereby submit this first joint status report regarding the underlying litigation, *Fares v. Miss Hall's School, Inc. et al.*, Berkshire Superior Court No. 2476CV00161:

1. The Plaintiff in the underlying litigation, Melissa Fares, filed an amended complaint in January 2025. All defendants have filed answers.

2. On February 9, 2026, the Berkshire Superior Court allowed the joint motion of all parties to the underlying litigation to extend the discovery deadline and other related deadlines. The new deadlines are as follows:

| | |
|---|---|
| July 10, 2026: | All discovery responses served and non-expert depositions completed |
| August 10, 2026: | All motions for summary judgment served |
| September 10, 2026: | All motions for summary judgment filed |
| TBD: | Expert discovery deadline |
| December 17, 2026: | Final Pretrial Conference |

3. Pursuant to the Court's Order, the next joint status report is due on June 15, 2026.

Respectfully submitted,

REPUBLIC FRANKLIN INSURANCE COMPANY
By its attorneys,

*/s/Kurt Fliegauf (BAG)*
Daniel Walsh-Rogalski (BBO #713768)
dwalsh-rogalski@connkavanaugh.com
Kurt Fliegauf (BBO #564329)
kfliegauf@connkavanaugh.com
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
617.482.8200

MISS HALL'S SCHOOL, INC and JEANNIE NORRIS
By their attorneys,

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger (BBO #654357)
bgoldberger@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
617.621.6536

DATED: March 16, 2026

## CERTIFICATE OF SERVICE

I, Benjamin A. Goldberger, hereby certify that I filed this document with the Clerk of the United States District Court for the District of Massachusetts on this 16th day of March 2026 by using the CM/ECF system, with service made on counsel for all parties to this action through their registration in the CM/ECF system.

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger