UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>MISS HALL'S SCHOOL, INC. AND JEANNIE NORRIS,<br>Defendants. | Civil Action No. 3:25-cv-30042-MGM |

**SECOND JOINT STATUS REPORT**

Pursuant to the Court's February 13, 2026, Electronic Order (ECF Dkt. No. 27), the parties to the above-captioned action hereby submit this second joint status report regarding the underlying litigation, *Fares v. Miss Hall's School, Inc. et al.*, Berkshire Superior Court No. 2476CV00161:

1. The tracking deadlines for the underlying litigation continue to be as follows:

| | |
|---|---|
| July 10, 2026: | All discovery responses served and non-expert depositions completed |
| August 10, 2026: | All motions for summary judgment served |
| September 10, 2026: | All motions for summary judgment filed |
| TBD: | Expert discovery deadline |
| December 17, 2026: | Final Pretrial Conference |

2. The parties to the underlying litigation are conducting discovery and are discussing whether to seek an extension to the tracking order and corresponding deadlines.
3. Pursuant to the Court's Order, the next joint status report is due on September 14, 2026.

Respectfully submitted,

REPUBLIC FRANKLIN INSURANCE COMPANY
By its attorneys,

*/s/Kurt Fliegauf (BAG)*
Daniel Walsh-Rogalski (BBO #713768)
dwalsh-rogalski@connkavanaugh.com
Kurt Fliegauf (BBO #564329)
kfliegauf@connkavanaugh.com
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
617.482.8200

MISS HALL'S SCHOOL, INC and JEANNIE NORRIS
By their attorneys,

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger (BBO #654357)
bgoldberger@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
617.621.6536

DATED: June 15, 2026

## CERTIFICATE OF SERVICE

I, Benjamin A. Goldberger, hereby certify that I filed this document with the Clerk of the United States District Court for the District of Massachusetts on this 15th day of June 2026 by using the CM/ECF system, with service made on counsel for all parties to this action through their registration in the CM/ECF system.

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger