UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>MISS HALL'S SCHOOL, INC. AND JEANNIE NORRIS,<br>Defendants. | Civil Action No. 3:25-cv-30042-MGM |

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's February 13, 2026, Electronic Order (ECF Dkt. No. 27), the parties to the above-captioned action hereby submit this second joint status report regarding the underlying litigation, *Fares v. Miss Hall's School, Inc. et al.*, Berkshire Superior Court No. 2476CV00161:

1. The Superior Court has scheduled a Rule 16 conference for October 6, 2026. The parties anticipate that the Court will address pending motions that will impact the schedule and scope of discovery in the underlying litigation. These motions include a motion by the plaintiff to dismiss one of the defendants, Matthew Rutledge, from the underlying litigation and a motion by Ms. Norris to stay discovery as to her in view of parallel criminal proceedings. The parties believe the Superior Court is likely to issue a new scheduling order, taking into account its rulings on these motions.
2. Pursuant to this Court's Order, the next joint status report is due on December 14, 2026.

Respectfully submitted,

REPUBLIC FRANKLIN INSURANCE COMPANY
By its attorneys,

*/s/Kurt Fliegauf (BAG)*
Daniel Walsh-Rogalski (BBO #713768)
dwalsh-rogalski@connkavanaugh.com
Kurt Fliegauf (BBO #564329)
kfliegauf@connkavanaugh.com
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
617.482.8200

MISS HALL'S SCHOOL, INC and JEANNIE NORRIS
By their attorneys,

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger (BBO #654357)
bgoldberger@andersonkreiger.com
ANDERSON & KREIGER LLP
255 State Street, 10th Floor
Boston, MA 02109
617.621.6536

DATED: September 14, 2026

## CERTIFICATE OF SERVICE

I, Benjamin A. Goldberger, hereby certify that I filed this document with the Clerk of the United States District Court for the District of Massachusetts on this 14th day of September 2026 by using the CM/ECF system, with service made on counsel for all parties to this action through their registration in the CM/ECF system.

*/s/ Benjamin A. Goldberger*
Benjamin A. Goldberger